# United States Bankruptcy Court, Northern District of Illinois

| JUDGE | Deborah L. Thorne | Case No. | 17bk23522 |
|---|---|---|---|
| DATE | 07/25/2018 | Adversary No. | |
| CASE TITLE | *In re* Marek Loza | | |
| TITLE OF ORDER | Order Granting Motion for Relief from Stay | | |

## STATEMENT

These matters come before the court upon the motions for relief from stay filed by Forman Real Property, LLC in Marek Loza's and 2001 Fargo, Inc.'s bankruptcy cases. Each motion seeks relief from the stay in order to allow Forman Real Property to exercise its rights and remedies regarding two pieces of real property, 7400 N. Damen Avenue, Unit # 3, Chicago, IL 60645, and 7404-3 N. Damen Avenue, Unit # 3, Chicago, IL 60645. Because the relief sought in both cases is identical, the motions in both cases will be treated in this order.

Because the chapter 7 trustee has consented to relief from the stay being given as to these two pieces of real property, and because the Debtor has no standing to oppose a motion for relief from the stay where it concerns property the title to which has passed into the bankruptcy estate in a chapter 7 case, Forman Real Property's motions are granted. *See In re Mohr*, 538 B.R. 882, 888 (Bankr. S.D. Ga. 2015); *In re Cohen*, 141 B.R. 1, 2 (Bankr. D. Mass. 1992).

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:
(1) Forman Real Property LLC's motions are granted;
(2) The automatic stay is lifted so as to allow Forman Real Property LLC to exercise its rights and remedies regarding 7400 N. Damen Avenue, Unit # 3, Chicago, IL 60645, and 7404-3 N. Damen Avenue, Unit # 3, Chicago, IL 60645;
(3) The 14 day stay as provided under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and such rule is not applicable to this order; and
(4) Any *in personam* liability of either Marek Loza or 2001 Fargo, Inc. may not be adjudicated without further leave of this court.

Date: 07/25/2018

Hon. Deborah L. Thorne
United States Bankruptcy Judge