UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Marek Loza § Case No. 17-23522
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 21,493.15             Assets Exempt: 301,516.78
*(Without deducting any secured claims)*

Total Distributions to Claimants: 299,899.00    Claims Discharged
                                                Without Payment: 3,804,583.33

Total Expenses of Administration: 204,101.00

3) Total gross receipts of $ 504,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 504,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 201,342.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 204,101.00 | 204,101.00 | 204,101.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,404,348.52 | 3,629,508.02 | 3,629,508.02 | 299,899.00 |
| **TOTAL DISBURSEMENTS** | $ 3,605,690.86 | $ 3,833,609.02 | $ 3,833,609.02 | $ 504,000.00 |

4) This case was originally filed under chapter 7 on 08/07/2017. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2019      By:/s/STEVEN R. RADTKE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of estate's interest in alleged fraudulent transfers and related matters between Debtor and others | 1241-000 | 504,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 504,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ditech, Attn: Bankruptcy Po Box 6172 Rapid City, SD 57709 | | 176,451.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services, Attn. Bankruptcy Dept. P.O. Box 8026 Cedar Rapids, IA 52408 | | 24,891.34 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 201,342.34 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 28,450.00 | 28,450.00 | 28,450.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.50 | 9.50 | 9.50 |
| Illinois Department of Revenue | 2820-000 | NA | 484.00 | 484.00 | 484.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 3,712.50 | 3,712.50 | 3,712.50 |
| Chester H.Foster, Jr. and Foster Legal Services, PLLC | 3210-000 | NA | 168,000.00 | 168,000.00 | 168,000.00 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | 3,445.00 | 3,445.00 | 3,445.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 204,101.00 | $ 204,101.00 | $ 204,101.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance, LLC, Attn. Bankruptcy Dept. PO Box 2036 Warren, MI 48090-2036 | | 7,993.08 | NA | NA | 0.00 |
| | Capital One, Attn: Bankruptcy PO Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Attn: Correspondence Dept. PO Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank N.A., Attn. Bankruptcy Dept. PO Box Sioux Falls, SD 57117 | | 11,905.29 | NA | NA | 0.00 |
| | Citibank, N.A., Attn. Capital Manegement Services 698 1/2 S. Ogden Street Buffalo, NY 14206-2317 | | 3,101.32 | NA | NA | 0.00 |
| | ComEd, Attn. Bankruptcy Dept. 4300 Winfield Road, Suite Warrenville, IL 60555 | | 133.27 | NA | NA | 0.00 |
| | Discover Financial, Attn. Bankruptcy Dept. PO Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | First Bank Puerto Rico, Attn: Bankruptcy Dept. 9795 S Dixie Hwy. Pinecrest, FL 33156 | | 0.00 | NA | NA | 0.00 |
| | JPMorgan Chase Bank, N.A., Attn. Bankruptcy Dept. 1 S. Northwest Hwy, Park Ridge LPO Park Ridge, IL 60068 | | 62,186.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMorgan Chase Bank, N.A., Attn. Bankruptcy Dept. 5813 N. Milwaukee Ave(Milwakee LPO) Chicago, IL 60646 | | 60,126.00 | NA | NA | 0.00 |
| | Kohls/Capital One, Attn: Bankruptcy N56 W17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Land Surveying Services Inc., 574 W. Colfax Street Palatine, IL 60067 | | 350.00 | NA | NA | 0.00 |
| | Midwest Credit Management, Inc., Attn. Bankruptcy Dept. 2365 Northside Drive, Suite 300 San Diego, CA 92108 | | 33,524.69 | NA | NA | 0.00 |
| | North Shore Agency, Attn. Bankrutpcy Dept. PO Box 4945 Trenton, NJ 08650 | | 229.05 | NA | NA | 0.00 |
| | NorthShore University Health System, Attn. Billing / Bankruptcy Dept. 23056 Network Place Chicago, IL 60673-1230 | | 2,940.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, Attn. Bakruptcy Dept. PO Box 5570 Cleveland, OH 44101 | | 45,247.52 | NA | NA | 0.00 |
| | PNC Bank, Attn. Credit Collection Services 2 Wells Avenue Newton Center, MA 02459 | | 10,510.64 | NA | NA | 0.00 |
| | Portfolio Recovery, Attn: Bankruptcy Dept. P.O. Box 41067 Norfolk, VA 23541 | | 4,273.33 | NA | NA | 0.00 |
| | Quill.com, Attn. Bankruptcy Dept. PO Box 37600 Philadelphia, PA 19101-8870 | | 724.51 | NA | NA | 0.00 |
| | Stewart Title Guaranty Company, Attn. Bankruptcy Dept. 1980 Post Oak Blvd., Suite 710 Houston, TX 77056 | | 28,369.33 | NA | NA | 0.00 |
| | Synchrony Bank/Banana Republic, Attn: Bankruptcy PO Box 956060 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | T-Mobile, Attn. Bankruptcy Dept. P.O. Box 629025 El Dorado Hills, CA 95762 | | 314.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tribune Products Co., Attn. Bankruptcy Dept. PO Box 21 Kenilworth, IL 60043 | | 1,527.78 | NA | NA | 0.00 |
| | Well-Key Urgent Care, Attn. Billing / Bankruptcy Dept. PO Box 6430 Sevierville, TN 37864 | | 175.00 | NA | NA | 0.00 |
| 1 | Cach, Llc Its Successors And Assigns As Assignee | 7100-000 | 7,488.99 | 7,488.99 | 7,488.99 | 618.80 |
| 2 | Forman Real Property, Llc | 7100-000 | 3,120,248.77 | 3,618,730.08 | 3,618,730.08 | 299,008.44 |
| 3 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 2,978.79 | 3,288.95 | 3,288.95 | 271.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,404,348.52 | $ 3,629,508.02 | $ 3,629,508.02 | $ 299,899.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-23522 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Marek Loza | | | | Date Filed (f) or Converted (c): | 08/07/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/11/2017 |
| For Period Ending: | 07/25/2019 | | | | Claims Bar Date: | 08/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2017 Toyota Rav4 Mileage: 500 | 22,000.00 | 22,000.00 | | 0.00 | FA |
| 2. Used Furniture And Miscellaneous Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Laptop Computer Lenovo T510 | 200.00 | 0.00 | | 0.00 | FA |
| 4. Iphone Se | 100.00 | 0.00 | | 0.00 | FA |
| 5. Used Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Polish & Slavic Federal Credit Union | 1.76 | 0.00 | | 0.00 | FA |
| 7. Polish & Slavic Federal Credit Union | 31.00 | 0.00 | | 0.00 | FA |
| 8. Wintrust Bank | 784.07 | 0.00 | | 0.00 | FA |
| 9. Loza & Associates P.C. -Brother Mfc Fax Machine, Hp Laser Je | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Fargo, Inc -Debts Of Corp. Exceed Assets. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Cetera Financial Specialists Llc | 297,893.10 | 0.00 | | 0.00 | FA |
| 12. Erie Family Life Insurance - Term Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| 13. Settlement of estate's interest in alleged fraudulent transfers and related matters between Debtor and others (u) | 0.00 | 504,000.00 | | 504,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $323,009.93 | $526,000.00 | | $504,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

6/2019 Hearing on TFR and fee applications set for 7/2/19

3/2019  Begin working on fee petition and final report

1/2019 Receipt of estate's interest in settlement proceeds

11/2018 Settlement of estate's interest in alleged fraudulent transfers and related matters between Debtors and others

6/2018  Settlement discussions regarding Trustee's cause of action are pending

5/2018  Discovery is ongoing pursuant to Rule 2004

3/2018  Retained special counsel to pursue

11/2017 Possible fraudulent conveyances

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2019     Current Projected Date of Final Report (TFR): 12/31/2019

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-23522 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Marek Loza | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6511 |
| | Checking |
| Taxpayer ID No: XX-XXX6911 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/25/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/19 | 13 | Law Office of William J. Factor | Settlement proceeds pursuant to order of Court dated 11/29/18 | 1241-000 | $504,000.00 | | $504,000.00 |
| 03/20/19 | 1001 | Chester H.Foster, Jr. and Foster Legal Services, PLLC<br>16311 Byron Drive<br>Orland Park, IL 60462 | Special Counsel to Trustee Fees per order of Court dated 11/29/18 | 3210-000 | | $168,000.00 | $336,000.00 |
| 04/11/19 | 1002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN: 83-6596911; Tax year ending 03/2019; IL-1041-V | 2820-000 | | $484.00 | $335,516.00 |
| 04/18/19 | | Transfer to Acct # xxxxxx0050 | Transfer of Funds | 9999-000 | | $335,516.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $504,000.00 | $504,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $335,516.00 |
| Subtotal | $504,000.00 | $168,484.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $504,000.00 | $168,484.00 |

Page Subtotals: $504,000.00 $504,000.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-23522　　　Trustee Name: STEVEN R. RADTKE　　　Exhibit 9
Case Name: Marek Loza　　　Bank Name: Axos Bank
　　　Account Number/CD#: XXXXXX0050
　　　Checking
Taxpayer ID No: XX-XXX6911　　　Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 07/25/2019　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/19 | | Transfer from Acct # xxxxxx6511 | Transfer of Funds | 9999-000 | $335,516.00 | | $335,516.00 |
| 07/03/19 | 2001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $28,450.00 | $307,066.00 |
| 07/03/19 | 2002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $9.50 | $307,056.50 |
| 07/03/19 | 2003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $3,712.50 | $303,344.00 |
| 07/03/19 | 2004 | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $3,445.00 | $299,899.00 |
| 07/03/19 | 2005 | Cach, Llc Its Successors And Assigns As Assignee<br>Of Fia Card Services, N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 1 creditor account # representing a payment of 8.26 % per court order. | 7100-000 | | $618.80 | $299,280.20 |
| 07/03/19 | 2006 | Forman Real Property, Llc<br>680 N. Lake Shore Drive<br>Unit 1900<br>Chicago, Il 60611 | Final distribution to claim 2 creditor account # representing a payment of 8.26 % per court order. | 7100-000 | | $299,008.44 | $271.76 |

Page Subtotals: $335,516.00　$335,244.24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-23522  
Case Name: Marek Loza  
Taxpayer ID No: XX-XXX6911  
For Period Ending: 07/25/2019  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0050  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/19 | 2007 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Hsbc Receivables Acquisition Corporation (Usa) Iv Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 3 creditor account # representing a payment of 8.26 % per court order. | 7100-000 |  | $271.76 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $335,516.00 | $335,516.00 |
| Less: Bank Transfers/CD's | $335,516.00 | $0.00 |
| Subtotal | $0.00 | $335,516.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $335,516.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $0.00 $271.76

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0050 - Checking | $0.00 | $335,516.00 | $0.00 |
| XXXXXX6511 - Checking | $504,000.00 | $168,484.00 | $0.00 |
|  | $504,000.00 | $504,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $504,000.00 |
| Total Gross Receipts: | $504,000.00 |

Page Subtotals: $0.00 $0.00